Allan Lewis

    v.

                                     Case No. 26-cv-239-JL-AJ

Gordon J. MacDonald, Chief Justice of the
NH Supreme Court

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 6, 2026.

_____
Joseph N. Laplante
United States District Judge

Date: May 18, 2026

cc: Allan Lewis, pro se